UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY DEWAYNE AARON, et al.,

    Plaintiffs,

v.

TONY MOULATSIOTIS, et al.,

    Defendants.

_____/

Case No. 1:19-cv-91

HON. JANET T. NEFF

## ORDER

This is a civil action brought by three *pro se* litigants. Plaintiffs filed an ex parte motion for temporary restraining order. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 13, 2019, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for temporary restraining order (ECF No. 4) is DENIED.

Dated: March 5, 2019

          /s/ Janet T. Neff
          JANET T. NEFF
          United States District Judge