UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CIVIL DIVISION

JOHNNY DEWAYNE AARON,
ERVIN JOSEPH LAMIE,
STEVE STEWART,

    Plaintiff(s),

v

TONY MOULATSIOTIS, DONNA B. VANDERVRIES
TED KARNTIZ, TIM BURGESS, JEFFREY LEWIS,
Jointly and Severally,

    Defendants.
_____/

Case No. 1:19-cv-00091-JTN-ESC

Honorable Janet T. Neff
Magistrate Judge Ellen S. Carmody

| | |
|---|---|
| Johnny Dewayne Aaron<br>Ervin Joseph Lamie<br>Steve Steward<br>Plaintiffs In Pro Per<br>417 Jackson Ave.<br>Muskegon, MI 49442<br>(616) 834-8912<br>josephla50@yahoo.com | Rosati, Schultz, Joppich, & Amtsbuechler, P.C.<br>Andrew J. Brege (P71474)<br>Attorney for Defendant Jeff Lewis<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com |
| Williams Hughes, PLLC<br>Douglas M. Hughes (P30958)<br>Attorney for Defendant Karntiz<br>120 W. Apple Ave.<br>P.O. Box 599<br>Muskegon, MI 49443-0599<br>(231) 726-4857<br>doughughes@williamshugheslaw.com | Cummings McClorey Davis & Acho PLC<br>Allan C. Vander Laan (P33893)<br>Bradley Charles Yanalunas (P80528)<br>Attorneys for Defendants Moulatsiotis,<br>VanderVries & Burgess<br>327 Centennial Plaza Bldg.<br>2851 Charlevoix Dr., SE<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |
| Plunkett Cooney<br>Lisa A. Hall (P70200)<br>Attorney for Defendant Karntiz<br>333 Bridge St., NW, Ste. 530<br>Grand Rapids, MI 49504<br>(616) 752-4615<br>lhall@plunkettcooney.com | |

_____/

## **DEFENDANT LEWIS' MOTION TO DISMISS**

**\*\*\*Oral Argument Requested\*\*\***

Defendant Jeff Lewis, pursuant to Fed. R. Civ. P. 12(b)(6), and in lieu of an answer and as his first responsive pleading, moves this Court to dismiss the complaint against him for the reasons stated in the attached brief in support.

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH, & AMTSBUECHLER, P.C.

/s/ Andrew J. Brege_____
Andrew J. Brege (P71474)
Attorney for Defendant Jeff Lewis
822 Centennial Way, Suite 270
Lansing, MI 48917
Dated: April 4, 2019                (517) 886-3800

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record identified in the caption. In addition, a copy of the foregoing was served upon Plaintiffs, at their address listed in the caption by U.S. first-class mail.

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH, & AMTSBUECHLER, P.C.

/s/ Andrew J. Brege_____
Andrew J. Brege (P71474)
Attorney for Defendant Jeff Lewis
822 Centennial Way, Suite 270
Lansing, MI 48917
Dated: April 4, 2019                (517) 886-3800