UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY DEWAYNE AARON, et al.,

    Plaintiffs,

v.

TONY MOULATSIOTIS, et al.,

    Defendants.
_____/

Case No. 1:19-cv-91

HON. JANET T. NEFF

# ORDER

This is a civil action filed by three *pro se* litigants under 42 U.S.C. § 1983. Defendants Tony Moulatsiotis, Donna B. VanderVries and Tim Burgess filed a Motion to dismiss (ECF No. 10). Defendant Jeffrey Lewis also filed a Motion to dismiss (ECF No. 30). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 21, 2019, recommending that this Court grant the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 46) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to dismiss (ECF Nos. 10 & 30) are GRANTED.

Dated: July 17, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge